```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
R.S., *by and through his parents and next friends*, C.S. :
and RO.S., and C.S. and RO.S, *individually*, T.W.C., *by* :
*his parents and next friends*, E.Y. and T.C., and E.Y. and :
T.C. *individually*, and A.W., b*y his parents and next* :      21-cv-10596 (LJL)
*friends*, F.S. and N.W., and F.S. and N.W., *individually*, :
:                              ORDER
Plaintiffs          :
:
-v-                   :
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
Defendant.         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court shall hold oral argument on the parties' motions for summary judgment on Thursday, February 2, 2023 at 10:00 a.m.  Oral argument will take place in Courtroom 15C at 500 Pearl St., New York, NY  10007.

SO ORDERED.

Dated: January 19, 2023                              _____
       New York, New York                                      LEWIS J. LIMAN
                                                            United States District Judge